In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to All of the Lands and Premises, Together with the Buildings and Appurtenances Thereunto Belonging within the Area Generally Bounded by the East Line of Fulton Street, and Its Southerly Prolongation, the South Line of Prospect Street and Its Westerly Prolongation, and the West Line of Washington Street and its Southerly Prolongation, as Those Streets Were Shown on the Map or Plan of The City of New York on May 23, 1935, so as to Provide for a Single Street between the Easterly Line of Washington Street and the Westerly Line of Fulton Street, and between the Northerly Line of Prospect Street and the Northerly Line of Myrtle Avenue, and to the Triangle of Land at the Intersection of the East Line of Clinton Street and the West Line of Fulton Street, Extending Southerly 54.6 Feet on Clinton Street and 56.2 Feet on Fulton Street; Excepting Therefrom the Lands Formerly Acquired ₁by The City of New York, or Its Predecessor, and Subject to the Rights of the NEW YORK RAPID TRANSIT CORPORATION and the BROOKLYN AND QUEENS TRANSIT CORPORATION, to Use for Railroad Purposes Two Parcels of Land within the Area Hereinbefore Described, Now Used for Such Purposes until Such Time as the City of New York Makes Other Provisions for the Operation of the Respective Railroad Lines Such as Are Satisfactory to the Respective Railroad Companies, in the Borough of Brooklyn, City of New York. IRLEN HOLDING CORPORATION, Appellant; THE CITY OF NEW YORK and FIRST NATIONAL BANK OF TOMS RIVER, as Trustee, etc., of CHRIST CHURCH, TOMS RIVER, N. J., Respondents.— Irlen Holding Corporation appeals from so much of the final decree in condemnation as disallows its claim for the value of the unexpired term of its lease and which reduces an award on its fixture claim. Decree, in so far as an appeal is taken therefrom, unanimously affirmed, with costs. No opinion. Present — Carswell, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Petition of ROSE HOSSAN to Prove the Last Will and Testament of WILLIAM N. HOSSAN, Also Known as WILLIAM NICHOLAS HOSSAN, Late of the County of Kings, Deceased. ELIAS HOSSAN, GEORGE HOSSAN, MITCHELL GHIZ, KALIL HOSSAN, ROBERT P. SMITH, as Special Guardian for WALTER GHIZ, JAMES GHIZ, ALBERT GHIZ and RUTH GHIZ, Infants, etc., Appellants; ROSE HOSSAN, as Executrix, etc., of WILLIAM N. HOSSAN, etc., Deceased, Respondent.— Decree of the Surrogate's Court of Kings county admitting to probate the will of William N. Hossan, deceased, unanimously affirmed, with costs to the petitioner-respondent, payable out of the estate. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.